# RECORD OF GRAND JURY BALLOT

C/R  1:24-565

## UNITED STATES OF AMERICA v. CYNTHIA DELORES HOLLAND

(SEALED UNTIL FURTHER ORDER OF THE COURT)