## UNITED STATES DISTRICT COURT

## DISTRICT OF SOUTH CAROLINA

## AIKEN DIVISION

UNITED STATES OF AMERICA

vs.

Cynthia Delores Holland

CASE NO. 1:24-565

## PLEA

The Defendant, Cynthia Delores Holland, acknowledges receipt of a copy of the Indictment and after arraignment pleads not guilty in open court.

_____
(Signed)    Defendant

Columbia, South Carolina
July 31, 2024