UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR NO.: 1:24-565-JFA |
| | ) | |
| VS | ) | VERDICT |
| | ) | |
| CYNTHIA DELORES HOLLAND | ) | |
| | ) | |

WE, THE JURY, following due deliberations in the above matter, unanimously return the following verdict:

I.   As to Count 1, we find the defendant, CYNTHIA DELORES HOLLAND,

☐   Not Guilty          ☒   Guilty

August 5th, 2025
Columbia, South Carolina

███████████████
Foreperson